UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHERYL BURNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-cv-00191-SEB-VSS |
| ) | |
| JO ANN B. BARNHART, Commissioner of ) | |
| the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

# JUDGMENT

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Cheryl Burns is not entitled to Supplemental Security Income based on her application filed on December 18, 2001, is **AFFIRMED.**

Date:  03/03/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov